# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER EDWARD PIGEON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74831

FILED

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the recent decision issued formally on 12/01/17, for his appeal case # 67083." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on January 2, 2018. The notice of appeal fails to identify any decisions of the district court. Further, review of the district court minute entries indicates that the district court has not entered any appealable order. To the extent that the document can be construed as a petition for rehearing of this court's December 1, 2017, Order Affirming In Part, Reversing In Part and Remanding in Docket No. 67083, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Given this order, we take no action on the pro se letter filed on January 31, 2018.

18-08843

cc:  Hon. Douglas Smith, District Judge
     Christopher Edward Pigeon
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk